# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Carmen Lynn P.,

     Plaintiff(s),

v.

Frank Bisignano,

     Defendant(s).

Case No. 2:26-cv-01698-NJK

**Order**

Plaintiff having paid the filing fee, *see* Docket No. 6, the Clerk's Office is **INSTRUCTED** to file the complaint, Docket No. 1-1.

IT IS SO ORDERED.

Dated: June 17, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1